# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 22, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

160019 & (44)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

BACK IN MOTION CHIROPRACTIC, DC,
PLLC,
           Plaintiff-Appellee,

v

SC: 160019
COA: 341886
Oakland CC: 17-002778-NF

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY
           Defendant-Appellant.
_____/

On order of the Chief Justice, the stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs. The motion to hold the case in abeyance is denied as moot.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 22, 2019



Clerk